UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Maryland Casualty Company,
    Plaintiff

    v.                                          Civil No. 08-cv-82-SM

Georgia Flynn d/b/a
Circle of Learning Day Care;
Nicole Campbell m/n/f of J.F.;
Melissa Jeffrey m/n/f of D.S. and J.S.;
Melissa and Jade Graves p/n/f of T.G.;
Jennifer Grondin m/n/f of M.G.;
Lacey Gagnon m/n/f of S.G.;
Elwin and Michelle Buskey p/n/f of M.B.;
Averlie Ingram m/n/f of L.A.R.;
Fernando Ortiz f/n/f of A.O.(1) and A.O.(2);
Jason and Stacie Gendreau p/n/f of E.G.;
Richard and Marissa Hall p/n/f of Z.H.;
L.L. a minor; and John Does and Jane Does
p/n/f of John Does and Jane Does,
    Defendants

**O R D E R**

A preliminary pretrial conference was held on June 18, 2008. Lee C. Nyquist, Esq., appeared on behalf of Plaintiff Maryland Casualty Company. Ralph R. Woodman, Jr., Esq., appeared on behalf of Defendant Georgia Flynn d/b/a Circle of Learning Day Care. Cyrus F. Rilee, III, Esq., appeared on behalf of Defendants Jennifer Grondin m/n/f of M.G. and Lacey Gagnon m/n/f of S.G. Mark M. Rufo, Esq., appeared on behalf of Defendants Elwin and Michelle Buskey p/n/f of M.B., Averlie Ingram m/n/f of L.A.R., Fernando Ortiz f/n/f of A.O.(1) and A.O.(2), and Jason

and Stacie Gendreau p/n/f of E.G.  Lawrence A. Vogelman, Esq., appeared on behalf of Defendant Jade Graves p/n/f of T.G.  Dennis C. Hogan, Esq., appeared on behalf of Defendants Nicole Campbell m/n/f of J.F., and Melissa Jeffrey m/n/f of D.S. and J.S.

The court will defer entry of a pretrial scheduling order. Plaintiff in this interpleader action shall identify and effect service upon the John/Jane Doe defendants on or before January 2, 2009.  A further pretrial conference will be held after the time has expired in which the identified Doe defendants must appear and answer or otherwise respond to the complaint.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

June 19, 2008

cc:  Dennis C. Hogan, Esq.
     Peter E. Hutchins, Esq.
     Amy C. Mackin, Esq.
     Lee C. Nyquist, Esq.
     Cyrus F. Rilee, III, Esq.
     Mark M. Rufo, Esq.
     Lawrence A. Vogelman, Esq.
     Ralph R. Woodman, Jr., Esq.