UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Maryland Casualty Company,
    Plaintiff

    v.                                           Civil No. 08-cv-82-SM

Georgia Flynn d/b/a Circle of
    Learning Day Care;
Nicole Campbell m/n/f of J.F.;
Melissa Jeffrey m/n/f of
    D.S. and J.S.;
Melissa and Jade Graves p/n/f
    of T.G.;
Jennifer Grondin m/n/f of M.G.;
Lacey Gagnon m/n/f of S.G.;
Elwin Buskey and Michelle Buskey
    p/n/f of M.B.;
Averlie Ingram m/n/f of L.A.R.;
Fernando Ortiz f/n/f of A.O.(1)
    and A.O.(2);
Jason Gendreau and Stacie
    Gendreau p/n/f of E.G.;
Richard Hall and Marissa Hall
    p/n/f of Z.H.;
Denny Lavoie and Allegra Lavoie
    p/n/f of L.L.;
Mindy Torres m/n/f of A.O.(1)
    and A.O.(2); and
John Does and Jane Does p/n/f
    of Other John and Jane Does,
    Defendants

**O R D E R**

A pretrial conference was held on May 7, 2009.

Counsel for Maryland Casualty Company will provide notice, by letter, to potential claimants to the fund, on or before June 7, 2009, in the form generally proposed by Attorney Vogelman and

as modified by agreement.  A response from potential claimants (indicating that they do or do not have a claim against the fund, or do or do not intend to pursue a claim against the fund) will be required on or before July 7, 2009.  Counsel for Maryland Casualty Company will move to add additional defendants based upon the responses received on or before August 7, 2009.

It is anticipated that the contested fund will be paid into court and Maryland Casualty released with respect to claims to the fund thereafter, following which the claimants will be heard on the issue of equitable distribution.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

May 11, 2009

cc:  Dennis C. Hogan, Esq.
     Peter E. Hutchins, Esq.
     Lee C. Nyquist, Esq.
     Cyrus F. Rilee, III, Esq.
     Mark M. Rufo, Esq.
     Lawrence A. Vogelman, Esq.
     Ralph R. Woodman, Jr., Esq.