UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Maryland Casualty Company</u>

         v.                            Case No. 08-cr-82-SM

<u>Georgia Flynn, et al.</u>


<u>O R D E R</u>

The Court approved the parties' Motion for Final Order on August 12, 2010. Before judgment can be entered in this matter, there is the unresolved issue of two defaulted defendants, Rick Hall and Stacie Gendreau. The plaintiff shall file a motion for default judgment as to the defaulted defendants within 14 days of the date of this order or the court will dismiss the complaint against those defendants without prejudice.

SO ORDERED.

August 24, 2010

                                                        Steven J. McAuliffe
                                                        Chief Judge


cc:    All Counsel of Record